# COURT ORDER ON CASE FILING

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 10 2018 ★

**BROOKLYN OFFICE**

Case number __CV17-7278__

Magistrate Judge __SCANLON__ ✓

Treat under Local Rule 72.2 _____

Court respectfully requests expedition by the Magistrate Judge __✓__

Case Manager:

~~Set a conference before me as soon as possible after appearance~~ _____

~~Set a conference before me_____ days from today's date~~ _____

Set a conference before me on case control promptly upon completion of discovery as certified by the Magistrate Judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged __✓__

Plaintiff and a knowledgeable person for the defendant shall appear at the conference __✓__ .

Respectfully referred to the Magistrate Judge for:

__Expedition of settlement negotiations. Suggest the settlement in Andrews v Blick, 17 CV 767 be considered as a possible model.__

_____
Jack B. Weinstein
Sr. U. S. District Judge

Date: (Blind wants to buy on internet for products & novelties)