Carolyn D. Richmond, Esq.
Ernest Edward Badway, Esq.
Jason B. Jendrewski, Esq.
Fox Rothschild LLP
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
*Attorneys for Defendant Petrossian Inc.*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAYLA REED, an individual, | **ECF Case** |
| Plaintiff, | **1:17-cv-07278 (JBW) (VMS)** |
| – against – | **NOTICE OF APPEARANCE** |
| PETROSSIAN INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Carolyn D. Richmond, Esq. of the law firm of Fox Rothschild LLP hereby enters her appearance as lead counsel for defendant Petrossian Inc. to represent the party in connection with the above-captioned proceeding. Ms. Richmond's contact information is set forth below.

>Fox Rothschild LLP
>101 Park Avenue, Suite 1700
>New York, New York 10178
>Telephone: (212) 878-7983
>Facsimile: (212) 692-0940
>Email: crichmond@foxrothschild.com

DATED:  New York, New York                    FOX ROTHSCHILD LLP
        January 12, 2018

                                              */s/ Carolyn D. Richmond*
                                              Carolyn D. Richmond

ACTIVE\52630245.v1