Carolyn D. Richmond, Esq.
Ernest Edward Badway, Esq.
Jason B. Jendrewski, Esq.
Fox Rothschild LLP
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
*Attorneys for Defendant Petrossian Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAYLA REED, an individual, | **ECF Case** |
| Plaintiff, | **1:17-cv-07278 (JBW) (VMS)** |
| – against – | **DEFENDANT'S** <br> **RULE 7.1 STATEMENT** |
| PETROSSIAN INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Petrossian Inc. discloses that it is a nongovernmental corporate party and that it has the following parent corporation: Petrossian SA.  No publicly held corporations own 10% or more of its stock.

Defendant Petrossian Inc. reserves the right to amend this corporate disclosure statement pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted:

Dated: New York, New York
       January 16, 2018

FOX ROTHSCHILD LLP

By: /s/ *Ernest Edward Badway*
    Carolyn D. Richmond, Esq.
    Ernest Edward Badway, Esq.
    Jason B. Jendrewski, Esq.
    101 Park Avenue, Suite 1700
    New York, New York 10178
    Telephone: (212) 878-7900
    Facsimile: (212) 692-0940
    *Attorneys for Defendant Petrossian Inc.*