

101 Park Avenue
Suite 1700
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

ERNEST EDWARD BADWAY
Direct Dial: 212-878-7986
Email Address: EBadway@Foxrothschild.com

January 25, 2018

<u>VIA ECF</u>

The Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Kayla Reed v. Petrossian Inc.; Docket No.: 1:17-cv-07278 (JBW) (VMS)</u>
     <u>Notice of Settlement and Request for Adjournment of Initial Conference</u>

Dear Judge Weinstein:

  We represent defendant Petrossian Inc. ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Kayla Reed (collectively, the "Parties"), we hereby inform the Court that the Parties have achieved a settlement in principle and are in the process of drafting their settlement agreement.  We anticipate that the Parties will finalize and execute the settlement agreement and file a stipulation of dismissal with prejudice within the next thirty (30) days.  Given that the Parties have resolved the litigation, we respectfully request that this Court adjourn the Initial Conference scheduled to take place on February 2, 2018, before Magistrate Judge Scanlon, stay all proceedings, and provide the parties with 30-days to file their anticipated stipulation of dismissal.

  We thank the Court for its attention to this matter.

               Respectfully submitted,

               */s/ Ernest Edward Badway*

               Ernest Edward Badway

cc: Javier L. Merino, Esq. (*via* ECF)

A Pennsylvania Limited Liability Partnership

California Colorado Connecticut Delaware District of Columbia Florida
Illinois Minnesota Nevada New Jersey New York Pennsylvania Texas

53068822