FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 0 6 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KAYLA REED, an individual,

    Plaintiff,

– against –

PETROSSIAN INC.,

    Defendant.

ECF Case

1:17-cv-07278 (JBW) (VMS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, plaintiff Kayla Reed and defendant Petrossian Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Court shall retain jurisdiction to enforce the settlement agreement between the Parties.



ACTIVE\53784974.v2

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       February 28, 2018

DANN & MERINO, P.C.                          FOX ROTHSCHILD LLP

By: _____                   By: /s/ Ernest Edward Badway
    Javier Luis Merino, Esq.                     Carolyn D. Richmond, Esq.
    1 Meadowlands Plaza, Suite 200               Ernest Edward Badway, Esq.
    East Rutherford, New Jersey 07073            Jason B. Jendrewski, Esq.
    Telephone: (201) 355-3440                    101 Park Avenue, Suite 1700
    Facsimile: (216) 373-0536                    New York, New York 10178
    Email: jmerino@dannlaw.com                   Telephone: (212) 878-7900
    *Attorneys for Plaintiff*                    Facsimile: (212) 692-0940
                                                 Email: crichmond@foxrothschild.com
                                                        ebadway@foxrothschild.com
                                                        jjendrewski@foxrothschild.com
                                                 *Attorneys for Defendant*

Close the case
So ordered

**SO ORDERED:** ___/s/ Jack B. Weinstein___
                JACK B. WEINSTEIN, U.S.D.J.